UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA TO FEDERAL BUREAU OF INVESTIGATIONS and UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF FLORIDA. | 26-cv-1920 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On August 28, 2026, this Court entered final judgment in the underlying case, Jane Doe v. Bank of America, N.A., Docket Number 25-cv-8520 (JSR). Accordingly, the instant motion to quash subpoenas issued in that proceeding, as well as for a protective order, are now moot. The Court therefore dismisses this case with prejudice and respectfully directs the Clerk of Court to close the case.

SO ORDERED.

Dated: New York, NY
August 28, 2026

JED S. RAKOFF, U.S.D.J.